# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TWIN EAGLES GROUP, LLC,**
Appellant,

v.

**JOHNSON BRADY LLC** d/b/a **R.V. JOHNSON INSURANCE** and **DANAY HERHANDEZ,**
Appellees.

No. 4D22-441

[February 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Gerard Harper, Judge; L.T. Case No. 502019CA001502XXXXMB.

Bernard Lebedeker of Reid Burman Lebedeker Xenick Pepin, West Palm Beach, for appellant.

Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***